IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL T. JOHNSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-11-3955 |
| § | |
| PATRICK R. DONAHOE, Postmaster § | |
| General and UNITED STATES POSTAL § | |
| SERVICE AGENCY, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

In light of this court's Memorandum and Opinion of today's date, the defendants' Motion to Dismiss, or for Summary Judgment, (Docket Entry No. 9), is granted. This action is dismissed for lack of subject-matter jurisdiction. Each party must bear its own costs.

SIGNED on October 15, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge